## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA
### Orlando Division

CONESTOGA TITLE INSURANCE CO.,

    Plaintiff,

vs.

STONEWELL CORPORATION and
RICHARD J. GLADSTONE,

    Defendants.

_____/

Case No. 6:04-cv-1293-Orl-31KRS

Judge Gregory A. Presnell

### JOINT MOTION TO TRANSFER THIS ACTION TO
### THE SOUTHERN DISTRICT OF NEW YORK PURSUANT
### TO 28 U.S.C § 1404(A) AND STIPULATION WITHDRAWING THE
### PENDING MOTION TO DISMISS FIRST AMENDED COMPLAINT

Plaintiff Conestoga Title Insurance Co. and Defendants Stonewell Corporation and Richard J. Gladstone, by their undersigned counsel, respectfully move this Court to transfer this action to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a) and, in support thereof, state as follows:

1. As this Court is aware from prior pleadings filed in this action, Defendants have commenced an action against Plaintiff in the United States District Court for the Southern District of New York, styled *Stonewell Corp. and Richard Gladstone v. Conestoga Title Insurance Co., et al.*, Case No. 04-CV-9867 (CLB) (the "New York Action"). The New York Action arises out of the same transactions, occurrences and nucleus of operative facts as the instant action.

2. On February 18, 2004, the parties appeared for a preliminary conference before the Honorable Charles Brieant in the New York Action. During this conference, Judge Brieant ordered the parties to transfer the instant action to the Southern District of New York for consolidation with the New York Action.

3. In addition, the parties hereto agree that it is in the best interests of the parties to transfer this action to the Southern District of New York for consolidation with the New York Action.

4. 28 U.S.C. § 1404(a) provides as follows: "For the convenience of the parties and the witnesses, in the interests of justice, a district court may transfer any civil action to any other district or division where it might have been brought."

5. Accordingly, transfer pursuant to Section 1404(a) is permissible if: (i) the action could have been brought in another district court at the time that it was filed; and (ii) transfer is in the interest and convenience of the parties.

6. As an initial matter, transfer is permissible because this action could have been brought in the Southern District of New York when this action was filed on August 30, 2004. The Southern District of New York would have diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332. In addition, Defendants have agreed to accept the venue and personal jurisdiction of the Southern District of New York in respect of this action.

7. Moreover, transfer of this action to the Southern District of New York would serve the interests of the parties, and the interests of judicial economy, by placing both the present action and the parallel New York Action in the same judicial district

before the same District Court judge.  Absent transfer of this action to New York, the parties will be required to expend substantial time and money litigating two separate lawsuits in two separate forums, and will likely have to engage in substantial motion practice.

8. In light of the parties' agreement to transfer this action to the Southern District of New York, Defendants also hereby stipulate and agree to withdraw their pending motion to dismiss the First Amended Complaint without prejudice.   In the event that this case is not transferred as requested, Defendants reserve the right to re-file their motion to dismiss.

**WHEREFORE**, Plaintiff Conestoga Title Insurance Co. and Defendants Stonewell Corporation and Richard J. Gladstone respectfully request that the Court transfer this action to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a), and grant such other and further relief as the Court deems just and proper.

Dated:  February 24, 2005

| **ALSTON & BIRD LLP** | **McDERMOTT WILL & EMERY LLP** |
|---|---|
| By: *s/ Jean C. Zabin* <br> Jean C. Zabin (FBN 418439) <br> E-mail: *jzabin@alston.com* <br> 1201 W. Peachtree St. <br> Atlanta, GA 30309 <br> Tel. 404.881.7000 <br> Fax. 404.881.7777 <br><br> *Counsel for Defendants Stonewell Corporation & Richard J. Gladstone* | By: *s/ Steven E. Siff* <br> Steven E. Siff (FBN 352330) <br> E-mail: *ssiff@mwe.com* <br> Justin B. Uhlemann (FBN 0568872) <br> E-mail: *juhlemann@mwe.com* <br> 201 S. Biscayne Blvd., Ste. 2200 <br> Miami, Florida 33131 <br> Tel.  305.358.3500 <br> Fax.  305.347.6500 <br><br> *Counsel for Plaintiff Conestoga* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have, this 24th day of February, 2005, electronically filed the foregoing Joint Motion to Transfer this Action to the Southern District of New York Pursuant to 28 U.S.C. § 1404(a) with the Clerk of Court using the CM/ECF system, which automatically sends e-mail notification to Defendants' counsel of record, who are registered CM/ECF participants.

                                                  *s/ Steven E. Siff*
                                                  Steven E. Siff

MIA 293172-1.026812.0032